```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 04435
   LOUANN DUNN
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

           Debtor
   SSN XXX-XX-8656


----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/10/05 and confirmed on 04/08/05.

    2.  The case was converted to Chapter 7 after confirmation, 04/08/2008.

    3.  The Debtor paid a total of $    5250.00 .

    4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
----------------------------------------------------------------------------
REGIONAL ACCEPTANCE        SECURED VEHIC      3000.00         379.01        1957.30
BLAIR                      UNSECURED         NOT FILED           .00            .00
CAPITAL ONE FINANCIAL      UNSECURED         NOT FILED           .00            .00
CASH DASH                  UNSECURED         NOT FILED           .00            .00
SOUTHERN MGMT CORP         UNSECURED           371.00            .00            .00
CREDIT CENTRAL             UNSECURED         NOT FILED           .00            .00
HELIG MEYERS               UNSECURED         NOT FILED           .00            .00
JEFFERSON FINANCIAL        UNSECURED          1518.50            .00            .00
NORTH AMERICA CREDIT       UNSECURED         NOT FILED           .00            .00
SECURITY                   UNSECURED         NOT FILED           .00            .00
SERVICE LOAN               UNSECURED           480.00            .00            .00
YELLOW BOOK OF ILLINOIS    UNSECURED         NOT FILED           .00            .00
SUN LOAN                   UNSECURED           930.00            .00            .00
TENNESSEE TEACHER C/U      UNSECURED           275.40            .00            .00
WORLD FINANCE              UNSECURED         NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          1700.42            .00            .00
SFC CENTRAL BANKRUPTCY     UNSECURED           336.00            .00            .00
          Summary of disbursements:
----------------------------------------------------------------------------
                    SECURED      PRIORITY   UNSECURED      OTHER         TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  3000.00           .00    5611.32         .00        8611.32
PRINCIPAL PAID      1957.30           .00         .00         .00        1957.30
INTEREST PAID        379.01           .00         .00         .00         379.01
TOTAL PAID          2336.31           .00         .00         .00        2336.31
The Debtor's attorney, DAVID M SIEGEL              , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $     213.69 .

Refunds to the Debtor totaled $       .00 .
```

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08                         /S/
                                        GLENN STEARNS
                                      CHAPTER 13 TRUSTEE